**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Kudakwashe Bhejana,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:25-CV-01724-ADA-SH** |
| | § | |
| **Bank of America, N.A.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Hightower. ECF No. 29.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (ECF No. 29) is **ADOPTED**.

**IT IS FUTHER ORDERED** that Defendant Bank of America's Motion to Dismiss the First Amended Complaint (ECF No. 9) is GRANTED. Bhejana's EFTA, negligence, and TDTPA claims are dismissed with prejudice and his breach of contract claim is dismissed without prejudice.

**SIGNED** 08/04/2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE